

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00226-CR

| | | |
|---|---|---|
| Donny Ray Scott | § | From the 271st District Court |
| | § | of Wise County (CR16270) |
| v. | § | October 17, 2013 |
| | § | Opinion by Judge Campbell |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _____
Judge Charles F. Campbell